# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN NEUFELD,<br><br>        Plaintiff,<br><br>v.<br><br>FINANCIAL CREDIT NETWORK, INC.,<br><br>        Defendant. | **Case No.: 1:18-cv-00556-DAD-EPG**<br><br>**ORDER RE: STIPULATED REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>(ECF No. 8) |

On July 31, 2018, Plaintiff, Brian Neufeld, and Defendant, Financial Credit Network, Inc., filed a stipulation to dismiss the entire action with prejudice. (ECF No. 8.) In light of the stipulation, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

    Dated: __**August 2, 2018**__               /s/ Erica P. Grosjean
                                                        UNITED STATES MAGISTRATE JUDGE